◆ PS 8
(5/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Derrick, Scott Edward            Docket No.        0980 4:14CR06003-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Scott Edward Derrick, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 21st day of January 2014 under the following conditions:

**Standard Condition No. 9:** Defendant shall refrain from the use or unlawful possession of narcotic drug or other controlled substances, defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether defendant has been prescribed a marijuana card.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** Scott Edward Derrick is considered in violation of his period of supervision in the Eastern District of Washington by using methamphetamine on or about April 1, 2014.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:      April 10, 2014

by        s/Curtis G. Hare

Curt Hare
U.S. Pretrial Services Officer

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

Signature of Judicial Officer

Date    4/10/14