# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2015

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Derrick, Scott Edward | Docket No. | 0980 4:14CR06003-001 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

      COMES NOW    Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Scott Edward Derrick, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 21st day of January 2014 under the following conditions:

**Special Condition No. 18:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month. Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstruction or attempting to obstruct or tamper, in any fashion, with the efficiency or accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the court, Pretrial Services, and the treatment vendor. Treatment shall not interfere with Defendant's court appearances.

**Standard Condition No. 9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances, defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether Defendant has been prescribed a medical marijuana card.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1:** On January 14, 2015, Scott Edward Derrick submitted to urine drug testing which tested positive for the use of amphetamine.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   January 22, 2015

by   s/Curtis G. Hare

Curt Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

*James P Hutton*
Signature of Judicial Officer

1/22/2015
Date

